# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

_____
                                   )
                                   )
In re:  Mortgage Foreclosure Cases )    Misc. No. 11-mc-88-M-LDA
                                   )
_____)

## ORDER TO COMPLY

The following plaintiffs are delinquent as of March 25, 2013 in paying use and occupancy fees, as previously directed, in the amounts shown.

Each of such plaintiffs is hereby ordered to make **all** payments shown as delinquent by April 3, 2013. Payments are to be made by check or money order payable to RI Special Master and must be received by her at 50 Holden Street, Providence, RI 02908 by such date. Failure of any plaintiff to come fully current in payments will result in the Special Master recommending dismissal of his/her case. This order is issued notwithstanding any prior recommendation of dismissal by the Special Master.

| Case No. | Case Name | Monthly U/O Fee | Balance Owed |
|---|---|---|---|
| CA 10-195 | O'Hern v. Mortgage Electronic Registration Systems, Inc. et al (For the month of March 2013) | 450 | 450 |
| CA 10-468 | Fonseca et al v. GMAC Mortgage, LLC et al (For the month of March 2013) | 520 | 520 |
| CA 11-205 | Lavergne v. Chase Home Finance, LLC (For the months of January – March 2013) | 470 | 1,410 |
| CA 11-232 | Curi et al v. Ameriquest Mortgage Company et al (For the month of March 2013) | 430 | 430 |
| CA 11-278 | Dinezza et al v. Mortgage Electronic Registration Systems, Inc. et al (For the months of November 2012 – March 2013) | 510 | 2,550 |

| Case No. | Case Name | Monthly U/O Fee | Balance Owed |
|---|---|---|---|
| CA 11-387 | Domenicone et al v. Mortgage Electronic Registration Services, Inc. et al (For the month of March 2013) | 450 | 450 |
| CA 11-397 | Waldron et al v. Mortgage Electronic Registration Systems, Inc. et al (For the month of March 2013) | 840 | 840 |
| CA 11-409 | Sauro v. Mortgage Electronic Registration Systems, Inc et al (For the months of February & March 2013) | 350 | 700 |
| CA 11-500 | Moran v. Mortgage Electronic Registration Services, Inc. et al (For the month of March 2013) | 660 | 660 |
| CA 11-518 | Hall v. Principal Residential Mortgage Corp. (For the month of March 2013) | 590 | 590 |
| CA 11-548 | Johnson et al v. Mortgage Electronic Registration Systems, Inc. et al (For the month of March 2013) | 590 | 590 |
| CA 11-569 | Greco et al v. Argent Mortgage Company, LLC et al (For the month of March 2013) | 650 | 650 |
| CA 11-591 | Villon v. First Franklin Financial Corporation et al (For the month of March 2013) | 660 | 660 |
| CA 11-630 | Romain et al v. Mortgage Electronic Registration Systems, Inc. et al (For the months of January & March 2013) | 670 | 1,340 |
| CA 11-634 | Paolo v. Mortgage Electronic Registration Systems, Inc. et al (For the month of March 2013) | 1,550 | 1,550 |
| CA 11-657 | Coelho et al v. Gateway Bank, F.S.B. (For the month of February 2013) | 530 | 330 |
| CA 12-005 | Arias v. Mortgage Electronic Registration Systems, Inc. et al (For the months of February and March 2013) | 570 | 1,140 |
| CA 12-013 | Sommer v. Mortgage Electronic Registration Systems, Inc. et al (For the month of March 2013) | 330 | 330 |
| CA 12-022 | Otano v. Mortgage Electronic Registration Systems, Inc. et al (For the months of January, February, & March 2013) | 430 | 1,290 |
| CA 12-029 | Lee v. Washington Mutual Bank, FA et al (For the month of February 2013) | 520 | 520 |

| Case No. | Case Name | Monthly U/O Fee | Balance Owed |
|---|---|---|---|
| CA 12-032 | Guglielmo et al v. Mortgage Electronic Registration Services, Inc. et al (For the month of March 2013) | 430 | 430 |
| CA 12-034 | Paliotta et al v. Mortgage Electronic Registration Systems, Inc et al (For the month of March 2013) | 600 | 600 |
| CA 12-047 | Fernandez v. New Century Mortgage Corp. et al (For November 2012 – March 2013) | 430 | 2,010 |
| CA 12-048 | Senra et al v. Mortgage Electronic Registration Systems, Inc et al (For the month of March 2013) | 650 | 650 |
| CA 12-070 | Frye et al v. Mortgage Electronic Registration Systems, Inc. et al (For the month of March 2013) | 550 | 550 |
| CA 12-144 | Rodrigues v. Mortgage Electronic Registration Systems, Inc. et al (For the month of March 2013) | 370 | 370 |
| CA 12-155 | Breton et al v. Mortgage Electronic Registration Systems, Inc. et al (For the month of March 2013) | 740 | 740 |
| CA 12-156 | Southland et al v. Mortgage Electronic Registration Systems, Inc. et al (For the month of February 2013) | 720 | 720 |
| CA 12-183 | Slattery v. Mortgage Electronic Registration Systems, Inc. et al (For the month of March 2013) | 910 | 910 |
| CA 12-209 | Brown v. Wells Fargo Bank, NA et al (For the months of October 2012 – March 2013) | 790 | 4,730 |
| CA 12-219 | David et al v. Mortgage Electronic Registration Systems, Inc. et al (For the months of February & March 2013) | 370 | 740 |
| CA 12-235 | Objio et al v. Wells Fargo Bank, NA et al (For the months of February & March 2013) | 500 | 1000 |
| CA 12-264 | Fonseca et al v. Mortgage Electronic Registration Systems, Inc. et al (For the month of March 2013) | 620 | 620 |
| CA 12-269 | Vasquez-Paez v. Mortgage Electronic Registration Services, Inc. et al (For the month of March 2013) | 830 | 830 |
| CA 12-280 | Sousa et al v. Wells Fargo Bank, NA et al (For the months of February & March 2013) | 640 | 1,280 |
| CA 12-286 | Ford v. The Bank of New York Mellon (For the month of March 2013) | 600 | 600 |

Case 1:12-cv-00885-M-LDA   Document 12   Filed 03/27/13   Page 4 of 7 PageID #: 82

| Case No. | Case Name | Monthly U/O Fee | Balance Owed |
|---|---|---|---|
| CA 12-297 | Estrada et al v. Ramp 2006-SP4 et al (For the month of March 2013) | 270 | 270 |
| CA 12-305 | Bamba-Cheaye et al v. Option One Mortgage Corporation et al For the month of March 2013) | 420 | 420 |
| CA 12-307 | Petrarca v. Mortgage Electronic Registration Systems, Inc. et al (For the months of January – March 2013) | 590 | 1,770 |
| CA 12-315 | Folgo v. Mortgage Electronic Registration Systems, Inc et al (For the months of August 2012 – March 2013) | 610 | 4,880 |
| CA 12-320 | Vetelino et al v. Wells Fargo Home Mortgage (For the month of March 2013) | 200 | 200 |
| CA 12-342 | Marin v. Mortgage Electronic Registration Systems et al (For the month of March 2013) | 550 | 550 |
| CA 12-345 | Burt et al v. Mortgage Electonic Registration Systems, Inc et al (For the months of February & March 2013) | 300 | 600 |
| CA 12-357 | Leftwich v. Mortgage Electonic Registration Systems, Inc et al (For the months of November – December 2012 and March 2013) | 540 | 1,620 |
| CA 12-390 | Soares et al v. Federal National Mortgage Association (For the month of March 2013) | 210 | 210 |
| CA 12-392 | Sprague v. Wells Fargo Bank, NA (For the months of November 2013 – March 2013 | 530 | 2,650 |
| CA 12-420 | Arango v. Mortgage Electronic Registration Systems, Inc. et al (For the months of February & March 2013 | 490 | 980 |
| CA 12-431 | Nunez et al v. Mortgage Electronic Registration Systems, Inc. et al (For the month of March 2013) | 840 | 840 |
| CA 12-434 | Hoag v. Mortgage Electronic Registration Systems, Inc. et al (For the months of February & March 2013) | 1,520 | 3,040 |
| CA 12-443 | DaSilva et al v. Mortgage Electronic Registration Systems, Inc. et al (For the month of March 2013) | 1,090 | 1,090 |
| CA 12-450 | Wolf et al v. U.S. Bank National Association (For the month of March 2013) | 500 | 500 |
| CA 12-451 | Aldrich et al v. Mortgage Electronic Registration Systems, Inc. et al (For the months of December 2012 – March 2013) | 480 | 1,920 |

| Case No. | Case Name | Monthly U/O Fee | Balance Owed |
|---|---|---|---|
| CA 12-484 | Conaty II v. Mortgage Electronic Registration Services, Inc. et al (For the months of January – March 2013) | 600 | 1,800 |
| CA 12-506 | Udoh v. Wells Fargo Bank, NA et al (For the months of February & March 2013) | 650 | 1,300 |
| CA 12-561 | Sterling v. Mortgage Electronic Registration Systems, Inc. et al (For the month of March 2013) | 430 | 430 |
| CA 12-570 | Romain v. Mortgage Electronic Registration Systems, Inc. et al (For the month of March 2013) | 660 | 660 |
| CA 12-573 | Simarra v. Mortgage Electronic Registration Systems, Inc. et al (For the months of December 2012 – March 2013) | 570 | 2,280 |
| CA 12-575 | Dunlop v. Federal National Mortgage Association et al (For the months of January – March 2013) | 240 | 720 |
| CA 12-578 | Gomes v. Mortgage Electronic Registration Systems, Inc. et al (For the months of December 2012 & March 2013) | 440 | 880 |
| CA 12-626 | Wilson et al v. Mortgage Electronic Registration Systems et al (For the month of March 2013) | 540 | 540 |
| CA 12-649 | Wood et al v. Ameriquest Mortgage Company et al (For the months of February & March 2013) | 540 | 620 |
| CA 12-669 | Rogue et al v. US Bank, NA Trust (For the months of January – March 2013) | 580 | 1,740 |
| CA 12-677 | Ernest et al v. Mortgage Electronic Registration Systems, Inc. et al (For the month of March 2013) | 550 | 550 |
| CA 12-719 | McInerney et al v. National City Mortgage Co. et al (For the month of March 2013) | 1,550 | 1,100 |
| CA 12-727 | Bradshaw, Jr. v. Mortgage Electronic Registration Systems, Inc. et al (For the months of February & March 2013) | 530 | 1,060 |
| CA 12-740 | Tentoco v. Mortgage Electronic Registration Systems et al (For the months of February & March 2013) | 790 | 1,580 |
| CA 12-760 | Montella v. Mortgage Electronic Registration Systems, Inc. et al (For the months of January – March 2013) | 720 | 2,160 |
| CA 12-761 | McCoy v. Mortgage Electronic Registration Systems, Inc. et al (For the month of March 2013) | 340 | 340 |

| Case No. | Case Name | Monthly U/O Fee | Balance Owed |
|---|---|---|---|
| CA 12-771 | Llerena et al v. The New York Mortgage Co., LLC et al (For the months of January – March 2013) | 400 | 1,200 |
| CA 12-783 | Delacruz et al v. Mortgage Electronic Registration Systems et al (For the month of March 2013) | 570 | 570 |
| CA 12-800 | Gomersall v. Mortgage Electronic Registration Systems, Inc. et al (For the months of February & March 2013) | 740 | 1,480 |
| CA 12-801 | Moore v. Mortgage Electronic Registration Systems, Inc. et al (For the months of February & March 2013) | 580 | 1,160 |
| CA 12-803 | Tarasenko v. Mortgage Electronic Registration Systems, Inc. et al (For the months of January – March 2013) | 350 | 1,400 |
| CA 12-807 | Cabrera v. Deutsche Bank National Trust Company et al (For the month of March 2013) | 520 | 300 |
| CA 12-824 | Berkemeier v. Chase Bank USA, NA et al (For the month of March 2013) | 530 | 530 |
| CA 12-826 | Botelho, Jr. et al v. Mortgage Electronic Registration Systems, Inc. et al (For the months of February & March 2013) | 520 | 1,040 |
| CA 12-830 | Beckwith v. Mortgage Electronic Registration Systems, Inc. et al (For the month of March 2013) | 380 | 380 |
| CA 12-833 | Jonah v. Mortgage Electronic Registration Systems, Inc. et al (For the month of March 2013) | 300 | 300 |
| CA 12-844 | St. Laurent v. Wells Fargo Bank, N.A. (For the month of March 2013) | 1,400 | 1,400 |
| CA 12-845 | Contrereas et al v. Mortgage Electronic Registration Systems et al (For the month of March 2013) | 530 | 530 |
| CA 12-846 | Hach et al v. Mortgage Electronic Registration Systems, Inc. et al (For the month of March 2013) | 510 | 510 |
| CA 12-855 | Danti-King v. Delta Funding et al (For the month of March 2013) | 820 | 820 |
| CA 12-858 | Jaramillo v. Mortgage Electronic Registration Systems, Inc. et al (For the month of March 2013) | 670 | 670 |
| CA 12-885 | Chiv v. Mortgage Electronic Registration Systems, Inc. et al (For the month of March 2013) | 550 | 550 |

| Case No. | Case Name | Monthly U/O Fee | Balance Owed |
|---|---|---|---|
| CA 12-891 | Huynh v. Long Beach Mortgage Company, Inc. et al (For the month of March 2013) | 540 | 540 |
| CA 12-905 | White v. Mortgage Electronic Registration Systems, Inc. et al (For the month of March 2013) | 2,020 | 2,020 |
| CA 12-919 | Tokarski v. Deutsche Bank Trust Company Americas et al (For the months of May – December 2012 and March 2013) | 390 | 4,500 |
| CA 12-935 | Saing v. Mortgage Electronic Registration Systems, Inc. et al (For the month of March 2013) | 480 | 480 |
| CA 13-001 | Regnault v. JP Morgan Chase Bank, NA (For the month of March 2013) | 270 | 270 |
| CA 13-007 | Salkeld v. Wells Fargo Bank, N.A. et al (For the month of March 2013) | 430 | 430 |
| CA 13-038 | Gallagher v. Asset Management West 10, LLC et al (For the month of March 2013) | 630 | 630 |
| CA 13-041 | Akalarian v. Federal National Mortgage Assoc. et al (For the month of March 2013) | 800 | 400 |
| CA 13-053 | Munoz v. Barclays Capital Real Estate, Inc. et al (For the month of March 2013) | 720 | 720 |

Payments are to be made by check or money order payable to RI Special Master and must be received by her at 50 Holden Street, Providence, RI 02908 by such date. Failure of any plaintiff to become fully current in payments or to file a stipulation of dismissal by April 3, 2013, will result in the Special Master recommending dismissal of his/her case.

___/s/Merrill W. Sherman_____        ___3/27/13_____
Merrill W. Sherman                                                              Date
Special Master