## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

|  |  |  |
|---|---|---|
| In re:  Mortgage Foreclosure Cases | )<br>)<br>)<br>)<br>) | Misc. No. 11-mc-88-M-LDA |

## RECOMMENDATION OF DISMISSAL

On May 31, 2013, the Special Master filed an Order directing the following plaintiffs to comply by paying delinquent use and occupancy fees, in the amounts shown and as previously directed, no later than June 7, 2013 (see ECF filing #2149).  As of June 10, 2013, these delinquencies have not been fully paid.

The Special Master recommends dismissal of the following cases:

| CA Number | Plaintiff name | Monthly Balance | Amount Due |
|---|---|---|---|
| CA 11-612 | Rene v. Mortgage Electronic Registration Systems, Inc. et al<br>(For the months of March through May 2013) | 420 | 1260 |
| CA 11-622 | Pitts v. Mortgage Electronic Registration Systems, Inc. et al<br>(For the months of April and May 2013) | 280 | 560 |
| CA 12-022 | Otano v. Mortgage Electronic Registration Systems, Inc. et al<br>(For the months of March through May 2013) | 430 | 1080 |
| CA 12-030 | Gomez v. Mortgage Electronic Registration Systems, Inc. et al<br>(For the months of March through May 2013) | 480 | 1440 |
| CA 12-034 | Paliotta et al v. Mortgage Electronic Registration Systems, Inc et al<br>(For the months of April and May 2013) | 600 | 1200 |
| CA 12-048 | Senra et al v. Mortgage Electronic Registration Systems, Inc et al<br>(For the months of April and May 2013) | 650 | 1300 |
| CA 12-114 | Goncalves et al v. Mortgage Electronic Registration Services, Inc. et al<br>(For the months of April and May 2013) | 520 | 1040 |

1

| | | | |
|---|---|---|---|
| CA 12-156 | Southland et al v. Mortgage Electronic Registration Systems, Inc. et al (For the months of April and May 2013) | 720 | 1440 |
| CA 12-264 | Fonseca et al v. Mortgage Electronic Registration Systems, Inc. et al (For the months of April and May 2013) | 620 | 1240 |
| CA 12-420 | Arango v. Mortgage Electronic Registration Systems, Inc. et al (For the months of April and May 2013) | 490 | 980 |
| CA 12-443 | DaSilva et al v. Mortgage Electronic Registration Systems, Inc. et al (For the months of April and May 2013) | 1090 | 2180 |
| CA 12-462 | Meresi v. Mortgage Electronic Registration Systems, Inc. et al (For the months of April and May 2013) | 370 | 740 |
| CA 12-604 | Romano et al v. Mortgage Electronic Registration Systems, Inc. et al (For the months of April and May 2013) | 380 | 760 |
| CA 12-663 | DiCostanzo v. Mortgage Electronic Registration Systems, Inc. et al (For the months of April and May 2013) | 360 | 720 |
| CA 12-800 | Gomersall v. Mortgage Electronic Registration Systems, Inc. et al (For the months of March through May 2013) | 740 | 2220 |
| CA 12-853 | Fiore v. Wachovia Mortgage; FSB et al (For the months of April and May 2013) | 810 | 1620 |
| CA 12-854 | Montgomery et al v. Mortgage Electronic Registration Systems, Inc. et al   (For the months of April and May 2013) | 810 | 1620 |
| CA 12-855 | Danti-King v. Delta Funding et al (For the months of April and May 2013) | 820 | 1640 |
| CA 12-868 | Vaz et al v. Option One Mortgage Corporation et al (For the months of April and May 2013) | 760 | 1520 |
| CA 13-007 | Salkeld v. Wells Fargo Bank, N.A. et al (For the months of March through May 2013) | 430 | 1290 |
| CA 13-058 | Rainone v. Chase Bank USA, NA et al (For the months of April and May 2013) | 990 | 1980 |
| CA 13-065 | Nicolace v. JP Morgan Chase Bank NA (For the months of April and May 2013) | 570 | 1140 |
| CA 13-070 | Rost, Sr. et al v. Option One Mortgage Corporation et al (For the month of April and May 2013) | 260 | 520 |
| CA 13-074 | Estate of Felipe Caba v. Mortgage Electronic Registration Systems, Inc. et al (For the months of April and May 2013) | 340 | 680 |

| | | | |
|---|---|---|---|
| CA 13-077 | Carignan v. Wells Fargo Bank, NA et al<br>(For the months of April and May 2013) | 500 | 1000 |
| CA 13-078 | Benevides v. Option One Mortgage Corporation et al<br>(For the months of April and May 2013) | 510 | 1020 |
| CA 13-084 | Batista et al v. Mortgage Electronic Registration Systems, Inc. et al<br>(For the months of April and May 2013) | 590 | 1180 |
| CA 13-085 | Bittner et al v. Mortgage Electronic Registration Systems, Inc. et al<br>(For the months of April and May 2013) | 520 | 1040 |
| CA 13-109 | Loffredo et al v. Wells Fargo Bank, NA et al<br>(For the months of April and May 2013) | 480 | 960 |

Respectfully submitted,

Barbara Hurst
Deputy Special Master

6/11/2013
Date

BH/es

3