UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

|  |  |
|---|---|
| In re: Mortgage Foreclosure Cases | Misc. No. 11-mc-88-M-LDA |

## FINAL RECOMMENDATION OF DISMISSAL

This Supplement is filed as an update to the Recommendation of the Special Master to dismiss (see ECF filing #2153) a number of cases for non-compliance with the May 31, 2013 Order to Comply, specifically with reference to the failure by certain plaintiffs to fully pay assessed Use and Occupancy Fees and Retainer Fees no later than June 6, 2013. Since the filing of that Recommendation, certain events have transpired in some of the cases embraced within that Recommendation, and the Special Master updates her recommendation as follows.

1. **Recommendation of Dismissal Maintained**

In the following cases, the plaintiffs have failed to make full payments toward the Use and Occupancy arrearage. The Special Master **maintains the recommendation to dismiss** for want of full payment:

| CA Number | Plaintiff name | Monthly Balance | Amount Due |
|---|---|---|---|
| CA 12-022 | Otano v. Mortgage Electronic Registration Systems, Inc. et al (For the months of March through May 2013) | 430 | 1080 |
| CA 12-462 | Meresi v. Mortgage Electronic Registration Systems, Inc. et al (For the months of April and May 2013) | 370 | 740 |

1

| CA Number | Plaintiff name | Monthly Balance | Amount Due |
|---|---|---|---|
| CA 12-855 | Danti-King v. Delta Funding et al (For the months of April and May 2013) | 820 | 1640 |
| CA 13-074 | Estate of Felipe Caba v. Mortgage Electronic Registration Systems, Inc. et al (For the months of April and May 2013) | 340 | 680 |

2. **Recommendation to dismiss deferred**

The following cases were discussed at a recent settlement conference, and the Special Master was told that these cases are near settlement. Accordingly, the Special Master's recommendation at this time is to **defer dismissal of these cases until July 20, 2013**, at which time they should be dismissed by the Court if they have not already been dismissed by stipulation:

| CA Number | Plaintiff name | Monthly Balance | Amount Due |
|---|---|---|---|
| CA 11-612 | Rene v. Mortgage Electronic Registration Systems, Inc. et al (For the months of March through May 2013) | 420 | 1260 |
| CA 12-030 | Gomez v. Mortgage Electronic Registration Systems, Inc. et al (For the months of March through May 2013) | 480 | 1440 |
| CA 12-156 | Southland et al v. Mortgage Electronic Registration Systems, Inc. (For the months of April and May 2013) | 720 | 1440 |
| CA 12-800 | Gomersall v. Mortgage Electronic Registration Systems, Inc. et al (For the months of March through May 2013) | 740 | 2220 |

In the following cases, the plaintiffs have failed to make full payments toward the Use and Occupancy arrearage. However, the plaintiffs have sought an additional two week extension in which to file an objection to the show cause order. The Special Master will defer her final recommendation until such date:

| CA Number | Plaintiff name | Monthly Balance | Amount Due |
|---|---|---|---|
| CA 11-622 | Pitts v. Mortgage Electronic Registration Systems, Inc. et al (For the months of April and May 2013) | 280 | 560 |

| CA Number | Plaintiff name | Monthly Balance | Amount Due |
|---|---|---|---|
| CA 12-048 | Senra et al v. Mortgage Electronic Registration Systems, Inc et al (For the months of April and May 2013) | 650 | 1300 |
| CA 12-114 | Goncalves et al v. Mortgage Electronic Registration Services, Inc. (For the months of April and May 2013) | 520 | 1040 |
| CA 12-443 | DaSilva et al v. Mortgage Electronic Registration Systems, Inc. (For the months of April and May 2013) | 1090 | 2180 |
| CA 12-663 | DiCostanzo v. Mortgage Electronic Registration Systems, Inc. (For the months of April and May 2013) | 360 | 720 |
| CA 12-853 | Fiore v. Wachovia Mortgage; FSB et al (For the months of April and May 2013) | 810 | 1620 |
| CA 12-854 | Montgomery et al v. Mortgage Electronic Registration Systems, (For the months of April and May 2013) | 810 | 1620 |
| CA 12-868 | Vaz et al v. Option One Mortgage Corporation et al (For the months of April and May 2013) | 760 | 1520 |
| CA 13-058 | Rainone v. Chase Bank USA, NA et al (For the months of April and May 2013) | 990 | 1980 |
| CA 13-065 | Nicolace v. JP Morgan Chase Bank NA (For the months of April and May 2013) | 570 | 1140 |
| CA 13-070 | Rost, Sr. et al v. Option One Mortgage Corporation et al (For the months of April and May 2013) | 260 | 520 |
| CA 13-077 | Carignan v. Wells Fargo Bank, NA et al (For the months of April and May 2013) | 500 | 1000 |
| CA 13-078 | Benevides v. Option One Mortgage Corporation et al (For the months of April and May 2013) | 510 | 1020 |
| CA 13-084 | Batista et al v. Mortgage Electronic Registration Systems, Inc. et al (For the months of April and May 2013) | 590 | 1180 |
| CA 13-085 | Bittner et al v. Mortgage Electronic Registration Systems, Inc. et al (For the months of April and May 2013) | 520 | 1040 |
| CA 13-109 | Loffredo et al v. Wells Fargo Bank, NA et al (For the months of April and May 2013) | 480 | 960 |

3. **Recommendation to dismiss withdrawn**

In the following cases, the plaintiffs have made payments. The Special Master **withdraws the recommendation to dismiss** notwithstanding her right to insist on full and timely future payments:

| | |
|---|---|
| CA 12-034 | Paliotta et al v. Mortgage Electronic Registration Systems, Inc et al |
| CA 12-264 | Fonseca et al v. Mortgage Electronic Registration Systems, Inc. et al |
| CA 12-420 | Arango v. Mortgage Electronic Registration Systems, Inc. et al |
| CA 12-604 | Romano et al v. Mortgage Electronic Registration Systems, Inc. et al |
| CA 13-007 | Salkeld v. Wells Fargo Bank, N.A. et al |

Respectfully submitted,

_Barbara Hurst_       6/20/2013
Barbara Hurst            Date
Deputy Special Master

BH/es